THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEASON SILK, | CASE NO. C22-0125-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated motion to extend the deadline for Defendant Boston Scientific Corporation ("BSC") to respond to the complaint (Dkt. No. 8) is GRANTED. It is hereby ORDERED that BSC's responsive pleading will be due March 9, 2022.

DATED this 10th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C22-0125-JCC
PAGE - 1