THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEASON SILK, | CASE NO. C22-0125-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Although Kevin Conner has failed to fully comply with this Court's prior order (Dkt. No. 12), he has clarified that he had only a short-lived joint practice with Plaintiff's counsel, Benjamin Pepper, and Plaintiff never became Mr. Conner's client because she remained the client of Mr. Pepper's separate and as-yet un-merged law firm at the time he was suspended. (Dkt. No. 13 at 1–2.) Consistent with this, the Court notes that Plaintiffs' lawsuit was initially filed in state court before the ill-fated Pepper-Conner merger began in January 2022. (*See id.*; Dkt. No. 1-2 at 1.)[1] As such, the Court will not require Mr. Conner to act as Plaintiff's counsel. It

---

[1] The Court also notes that an email from the Courtroom Deputy to Mr. Conner was answered by someone with an @connerpepperlaw.com email address and a signature block with a "Conner Pepper" logo, which suggests that these relationships and separations are not entirely clear-cut.

is possible that Mr. Conner and Mr. Pepper could have better handled the fallout of the latter's suspension, but the bottom line is that Mr. Pepper's failure to even attempt to follow the rules governing attorney withdrawal put his client at risk and has been extremely disappointing to the Court. The consequences of that conduct, however, are best decided by the Chief Judge in the pending reciprocal discipline case. *See In re Benjamin Andrew Pepper*, Case No. RD22-0005-RSM (W.D. Wash. 2022).

Accordingly, it is hereby ORDERED as follows:

1. The Clerk will serve on Plaintiff, by mail to 523 Rainier Street, La Conner, WA 98257, a copy of this order, and of the documents at Docket Entries 10, 11, and 12 in this case.

2. All process, papers, or other filings or communications intended for or required to be provided to Plaintiff must be served on her by mail at that address until she obtains counsel, or until the parties agree otherwise by stipulation.

3. Mr. Pepper will remain on the docket sheet as counsel of record until new counsel appears.

4. The Clerk is DIRECTED to provide a copy of this minute order to Mr. Conner, via email (*see* Dkt. No. 11 at 2, footnote 1), and to Chief Judge Martinez, in relation to the reciprocal discipline case.

5. This case is STAYED until Plaintiff secures new counsel.

6. Within 30 days, the parties must file a joint status report updating the Court on Plaintiff's effort to secure counsel.

DATED this 21st day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C22-0125-JCC
PAGE - 2