THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEASON SILK,

                Plaintiff,

    v.

BOSTON SCIENTIFIC CORPORATION, *et al.*,

                Defendants.

CASE NO. C22-0125-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court, having been notified of the parties' settlement (Dkt. No. 16), hereby ORDERS that within 60 days of this minute order, the parties shall file a stipulated notice of dismissal without a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or show cause why this case should not be dismissed with prejudice based on the settlement.

DATED this 21st day of April 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk